**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 38 EAL 2017

           : 

         Respondent    : 

           :   Petition for Allowance of Appeal from

           :   the Order of the Superior Court

         v.        : 

           : 

           : 

DARNELL WILLIAMS,        : 

           : 

         Petitioner      : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.